# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAINE LAI,<br>　　Plaintiff(s),<br>v.<br>ZURICH INSURANCE GROUP, et al.,<br>　　Defendant(s). | Case No. 2:22-cv-00409-CDS-NJK<br><br>**Order**<br><br>[Docket No. 9] |

　　Pending before the Court is a joint proposed discovery plan. Docket No. 9. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The instant discovery plan indicates that there is no reason to depart from that default schedule. Docket No. 9 at 1 ("Reasons why longer or different time periods should apply in this case: None"). And, yet, the discovery plan seeks a discovery period of 273 days. *See id*. at 2 (seeking discovery cutoff of December 5, 2022); *see also* Docket No. 5 (answer filed on March 7, 2022). Accordingly, the joint proposed discovery plan is DENIED without prejudice.

　　An amended joint proposed discovery plan must be filed by April 21, 2022. That discovery plan must either propose the default schedule from the local rules or comply with the requirements for seeking special scheduling review outlined in the local rules.

　　IT IS SO ORDERED.

　　Dated: April 14, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge