UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAINE LAI,<br><br>    Plaintiff(s),<br><br>v.<br><br>ZURICH INSURANCE GROUP, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00409-CDS-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Pending before the Court is an amended joint proposed discovery plan. Docket No. 12. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). A discovery plan seeking a longer period must, *inter alia*, provide reasons for departing from the default schedule. Local Rule 26-1(a). The instant discovery plan seeks a discovery period beyond the presumptively-reasonable schedule, *see,* Docket No. 12 at 2, but provides paradoxically that there is no reason to depart from the default schedule, *see id.* at 1. Accordingly, the amended joint proposed discovery plan is **DENIED** without prejudice. A second amended joint proposed discovery plan must be filed by April 21, 2022.

This is the second discovery plan filed in this case that does not comply with the basic requirements in the local rules. *See* Docket No. 11 (denying without prejudice first discovery plan). To the extent counsel are unfamiliar with practice in this Court, they must immediately familiarize themselves with the local rules.

IT IS SO ORDERED.

Dated: April 18, 2022

                                                                              Nancy J. Koppe<br>
                                                                              United States Magistrate Judge