David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmanattorneys.com
rholzer@feldmanattorneys.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARMAINE LAI, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZURICH INSURANCE GROUP, a Foreign Entity; FARMERS INSURANCE GROUP, a Foreign Entity; MID-CENTURY INSURANCE COMPANY LLC., a Foreign Entity; DOES I through X, inclusive; and ROE CORPORATOINS I through X, inclusive<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00409-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHARMAINE LAI, by and through her attorney, ERIC ROY, ESQ of the ERIC ROY LAW FIRM and Defendants ZURICH INSURANCE GROUP, FARMERS INSURANCE GROUP, and MID-CENTURY INSURANCE COMPANY, LLC, by and through their attorney, DAVID J. FELDMAN, ESQ., of THE FELDMAN FIRM, that Case No. 2:22-cv-00409-CDS-NJK, entitled <u>Charmaine vs.</u> <u>Zurich Insurance Group, Farmers Insurance Group, and Mid-century Insurance</u> is hereby dismissed with

. . .

. . .

prejudice so the parties can pursue binding arbitration, and that all parties agree to bear their own attorneys' fees and costs and any interest.

    **IT IS SO STIPULATED.**

DATED this 26th day of August, 2022.    DATED this 26th day of August, 2022.

**ERIC ROY LAW FIRM**    **THE FELDMAN FIRM**

/s/ Stephen Lewis    /s/ David Feldman
Eric Roy, Esq.    David J. Feldman, Esq.
Nevada Bar No. 11869    Nevada Bar No. 5947
Steven Lewis, Esq.    Rachel J. Holzer, Esq.
Nevada Bar No. 7064    Nevada Bar No. 11604
703 South Eighth Street    8831 W. Sahara Avenue
Las Vegas, NV 89101    Las Vegas, NV 89117
Eric@ericroylawfirm.com    dfeldman@feldmanattorneys.com
Lynn@ericroylawfirm.com    rholzer@feldmanattorneys.com
*Attorney for Plaintiff*    Attorneys for Defendants

                              **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 26, 2022